# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOPE DIERCKS, | CASE NO. 8:04CV464 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| CITY OF OMAHA, MAYOR MICHAEL FAHEY AND PAUL LANDOW, | |
| Defendant. | |

PURSUANT to a Stipulation for Dismissal of the parties dated the 15th day of July, 2005, hereto previously filed, and the Court being fully advised of the matters herein.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced cause of action is dismissed with prejudice, with each party to bear its own costs.

DATED:   July 15, 2005

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:
BERNARD J. in den BOSCH, No. 20329
Assistant City Attorney
804 Omaha/Douglas Civic Center
1819 Farnam Street
Omaha, Nebraska 68183
(402) 444-5115

Approved as to form by:
THOMAS M. WHITE, No. 17452
WHITE & WULFF
Continental Building
209 S. 19th Street, Suite 300
Omaha, Nebraska 68102-1705
Telephone: 402/346-5700